UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:22-CR-141-D-BM1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILLIAM FOYE | NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL |

Pursuant to Local Rule 44.1(b), the Federal Public Defender for the Eastern District of North Carolina hereby notifies this Honorable Court that Jennifer A. Dominguez is representing the above-named defendant in this criminal case in lieu of Jean-Paul Eduard Jacquest-Freese.

Furthermore, by filing of this Notice of Appearance, the Federal Public Defender for the Eastern District of North Carolina certifies that copies of said Notice have been served upon:

LEONARD K. CHAMPAIGN
Assistant United States Attorney
Eastern District of North Carolina
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601

by electronically filing the foregoing with the Clerk of Court on September 25, 2023, using the CM/ECF system which will send notification of such filing to the above.

Respectfully submitted this 25th day of September 2023.

                                            G. ALAN DUBOIS
                                            Federal Public Defender


                                            ***/s/ Jennifer A. Dominguez***
                                            JENNIFER A. DOMINGUEZ
                                            Assistant Federal Public Defender
                                            Attorney for Defendant
                                            Office of the Federal Public Defender

150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
E-mail: Jennifer_Dominguez@fd.org
N.C. State Bar No. 28502
LR 57.1 Counsel Appointed